IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EARNEST LEE TUCKER                                                                              PLAINTIFF

v.                                        Case No. 4:18-cv-04134

NANCY A. BERRYHILL
Acting Commissioner, Social Security Administration                                DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed August 2, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 13). On February 15, 2018, an Administrative Law Judge ("ALJ") entered a decision denying Plaintiff's applications for Social Security disability benefits. On September 24, 2018, Plaintiff filed an appeal with this Court, challenging the ALJ's decision. Upon review, Judge Bryant has found that the ALJ's decision was not supported by substantial evidence. Consequently, Judge Bryant recommends that the ALJ's decision denying Plaintiff benefits be reversed and remanded.

Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 13) *in toto*. Accordingly, the ALJ's decision denying Plaintiff benefits is **REVERSED AND REMANDED**.

**IT IS SO ORDERED**, this 19th day of August, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge