IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EARNEST LEE TUCKER                                                                 PLAINTIFF

v.                                   Case No. 4:18-cv-04134

NANCY A. BERRYHILL
Acting Commissioner, Social Security Administration                        DEFENDANT

## **JUDGMENT**

In accordance with the Order entered on August 19, 2019, the Court enters judgment in this case. The matter is hereby remanded for further proceedings.

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable"—i.e., thirty (30) days after the sixty (60) day time for appeal has ended. *See Shalala v. Schaefer*, 509 U.S. 292, 296, (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

**IT IS SO ORDERED**, this 27th day of September, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge