IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EARNEST LEE TUCKER                                                          PLAINTIFF

v.                                Case No. 4:18-cv-04134

NANCY A. BERRYHILL
Acting Commissioner, Social Security Administration              DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Allowance of Attorney's Fee Pursuant to the Equal Access to Justice Act. (ECF No. 18). Defendant has responded. (ECF No. 19). Plaintiff has replied. (ECF No. 20). The Court finds this matter ripe for consideration.

On December 3, 2019, Plaintiff filed the instant motion, moving the Court to award his counsel attorney's fees as the prevailing party in this action pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). Plaintiff requests a fee at an hourly rate of $199.00 per hour for attorney work and $75.00 per hour for paralegal work, for a total of $2,412.80, to be paid and mailed directly to Plaintiff's attorney.

Defendant does not contest that Plaintiff is entitled to attorney's fees. However, Defendant argues that under the EAJA, the maximum hourly rate for attorney work done in 2018 is capped at $196.00, and thus, Plaintiff is not entitled to a rate of $199.00 per hour for all the hours billed in this case because Plaintiff's counsel worked on this case in 2018. Defendant further argues that any award of attorney's fees must be made payable to Plaintiff, not his attorney.

Plaintiff has replied, stating that he concurs with Defendant. Plaintiff has recalculated the fee award, applying the correct $196.00 per hour rate for work done in 2018, and moves the Court to award him $2,401.10 in attorney's fees.

Upon consideration, the Court finds that Plaintiff's Motion for Allowance of Attorney's

Fee Pursuant to the Equal Access to Justice Act (ECF No. 18) should be and hereby is **GRANTED**. Accordingly, Plaintiff's is awarded $2,401.10 in attorney's fees. The fee award is to be made payable to Plaintiff, not his attorney.

**IT IS SO ORDERED**, this 12th day of December, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge